# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| Wayne Whitley and Cathy Whitley, | ) |
| Plaintiffs, | ) |
| vs. | ) No. 3:11-CV-00168-JMM |
| Terminix International, Inc., | ) |
| Defendant. | ) |

## AGREED ORDER SETTING EXPERT DISCLOSURE DEADLINES AND EXTENDING TIME TO ADD PARTIES AND/OR AMEND PLEADINGS

The parties, by and through counsel, hereby respectfully move the Court to enter this Agreed Order setting the deadlines for disclosure of experts and extending the deadline for adding parties and/or amending the pleadings. This is the first time that the parties have requested the Court to extend any deadlines in this case. The extension is necessary because under the existing scheduling order, the deadline for the addition of parties and/or the amendment of pleadings is April 1, 2012. The defendant just received the plaintiffs' discovery responses, and needs additional time to issue subpoenas to several entities listed therein before deciding whether to add any additional parties to the case. Accordingly, the Court extends the time for the addition of parties and/or amendment of pleadings as set forth below, so that the defendants can obtain the necessary records prior to that deadline.

1. Plaintiffs shall disclose experts by May 15, 2012;

2. Defendants shall disclose experts by June 15, 2012;

3. The addition of parties or amendment of pleadings shall be completed by July 1, 2012.

SO ORDERED THIS 28th DAY OF March, 2012.

_____
UNITED STATES DISRICT JUDGE

**JOHNNY DUNIGAN LAW OFFICE**
\_\_/s/Johnny Dunigan_____
Johnny Dunigan, Esq.
219 West Drew Avenue
Monette, AR 72447
(870) 486-1355
Attorney for Plaintiffs

**WOMACK, LANDIS, PHELPS & MCNEILL, P.A.**

\_\_/s/ Mark Mayfield_____
Mark Mayfield, Esq.
P.O. Box 3077
Jonesboro, AR 72403
870-932-0900, fax: 870-932-2553
One of the Attorneys for Defendant, TERMINIX INTERNATIONAL, INC.

130306328v1  0925928