IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WAYNE WHITLEY AND
CATHY WHITLEY                                                                       PLAINTIFFS

V.                                         3:11CV00168 JMM

TERMINIX INTERNATIONAL, INC.                                              DEFENDANT

## ORDER

Pending is the Agreed Motion to Amend the Scheduling Order. The Motion is GRANTED as follows:

1. The addition of parties or amendment of pleadings shall be completed by October 1, 2012;

2. Plaintiffs shall disclose experts by August 15, 2012;

3. Defendants shall disclose experts by September 15, 2012;

4. All discovery to be completed by November 3, 2012;

5. All motions (including Daubert motions but excluding motions in limine) shall be filed by November 29, 2012;

6. Status report shall be filed by December 14, 2012;

7. Pretrial disclosure sheet shall be filed by January 12, 2013;

The remaining deadlines and new trial date will be set by separate order. The Agreed Motion to Amend the Scheduling Order (Docket #22) is GRANTED.

IT IS SO ORDERED this 6th day of July, 2012.

_____
James M. Moody
United States District Judge