IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WAYNE WHITLEY and                                                                                  PLAINTIFFS
CATHY WHITLEY

Vs.                              CASE NO.   3:11cv00168 JMM

TERMINIX INTERNATIONAL, INC.                                                           DEFENDANT

ORDER

Based on the stipulation of dismissal (DE #31), the above case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE